**Cloyce PETERS, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction, Appellee.**

**No. 00–2476.**

United States Court of Appeals, Eighth Circuit.

Submitted April 12, 2001.

Decided April 16, 2001.

Before BOWMAN, BEAM, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Cloyce Peters appeals from the District Court's dismissal of his 28 U.S.C. § 2254

petition for failure to exhaust state remedies. The District Court made its decision without considering whether any non-futile state remedies remained for Peters. That is contrary to the procedure established in *Smittie v. Lockhart*, 843 F.2d 295, 296 (8th Cir.1988).

Accordingly, we reverse and remand with instructions that the District Court order the service of Peters's petition on the State and then proceed in accordance with *Smittie*.

A true copy.